IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| In re:: Fredrick L Harris, Sr.and Adrienne R Harris<br>Debtors | Case No.: 4:16-bk-16358<br>Chapter 13 |

## ORDER GRANTING MOTION TO INCUR

**NOW BEFORE THE COURT** is the Motion to Incur filed by the Debtors, Fredrick L Harris, Sr. and Adrienne R Harris ("Movant") on April 23, 2021. Joyce Bradley Babin, Chapter 13 Trustee, filed a response to this motion on April 28, 2021, Docket 210. As no other response or objection has been filed, and considering Movant and Respondent both agree this order settles the Trustee's response, this Court hereby orders that Debtors' **MOTION IS GRANTED** with the following conditions:

1. Debtor is allowed to purchase a vehicles as follows:

    | | |
    |---|---|
    | Vehicle Type: | Car, SUV, Pickup |
    | Maximum Purchase Price: | $35,000 |
    | Maximum Monthly Payment: | $600 |
    | Maximum Months Financed: | 72 |
    | Maximum APR: | 17.00% |

2. This Order shall expire 120 days after entry.

**IT IS SO ORDERED**

*(signature)*
Phyllis M. Jones
United States Bankruptcy Judge
Dated: 05/20/2021

**Approved as to form:**

/s/ Matthew D. Mentgen
Matthew D. Mentgen
Arkansas Bar No.: 2008096
Mentgen Law

/s/ Patt Pine for Joyce Babin,
Chapter 13 Trustee

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF ARKANSAS

DEBTOR                                                                                              CHAPTER 13

P.O. Box 164439
Little Rock, AR 72216