Certificate Number: 05480-ARE-DE-036320805

Bankruptcy Case Number: 16-16358



05480-ARE-DE-036320805

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 8, 2022, at 7:50 o'clock AM CST, Fredrick L Harris Sr completed a course on personal financial management given by internet by Joyce Bradley Babin, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Arkansas.

Date: February 9, 2022

By: /s/Scott Kehiaian

Name: Scott Kehiaian

Title: TEN