Certificate Number: 05480-ARE-DE-036327338

Bankruptcy Case Number: 16-16358



05480-ARE-DE-036327338

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 10, 2022, at 9:20 o'clock PM CST, Adrienne R Harris completed a course on personal financial management given by internet by Joyce Bradley Babin, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Arkansas.

Date:   February 13, 2022           By:   /s/Scott Kehiaian

                                    Name: Scott Kehiaian

                                    Title: TEN