IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

In re: Fredrick L Harris, Sr. and Adrienne R Harris     Case No. 4:16-bk-16358
Debtors     Chapter 13

## MOTION FOR APPROVAL LOAN MODIFICATION

**COMES NOW** Fredrick L Harris, Sr. and Adrienne R Harris (**"Debtors"**), by and through their attorney, Matthew D. Mentgen, and for their Motion for Approval of Loan Modification, state as follows:

1. The Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on December 1, 2016 and are operating under a confirmed Chapter 13 plan for reorganization.

2. The Debtors have been in negotiations with PennyMac Loan Services regarding the modification of a Mortgage and Note for estate property located at 720 Belaire, Benton, AR 72015-3842. Pursuant to such negotiations, Debtors propose to modify the Mortgage and Note upon further approval of this Motion by the Court.

3. A copy of the proposed Loan Modification Agreement is attached hereto as Exhibit A and is incorporated herein by reference.

4. Upon the Court's approval, the new terms of the Mortgage and Note shall allow the Debtors to resume normal monthly payments outside the plan and cure pre-petition arrearages of $7,097.91 at the end of the loan term.

5. Neither secured nor unsecured creditors will be negatively impacted should this Motion be granted. Debtors are paying their mortgage inside the confirmed plan. However, a modified plan is being submitted contemporaneously with this motion to.so that Debtors may complete their Chapter 13 bankruptcy and receive a discharge of their debts. Debtors believe that modifying the current mortgage is in the best interest of the estate. Debtors should be able to make the new mortgage payment. Therefore, Debtors request authority from the Court to modify the existing mortgage on Debtors' property.

In re: Fredrick L Harris, Sr. and Adrienne R Harris                                                                                                          Case No. 4:16-bk-16358

      **WHEREFORE**, Debtors Fredrick L Harris, Sr. and Adrienne R Harris respectfully request this Court grant their Motion for Approval of Loan Modification, and further request all other good and proper relief to which they may be entitled.

      Respectfully submitted,

      */s/ Matthew D. Mentgen*
      Matthew D. Mentgen
      Attorney for Debtors
      P.O. Box 164439
      Little Rock, AR 72216
      (501) 392-5662
      matthew@mengenlaw.com