## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

In re:  Fredrick L Harris, Sr. and Adrienne R. Harris          Case No.: 4:16-bk-16358
Debtors                                                                                      Chapter 13

## ORDER TO SHORTEN TIME TO OBJECT

**NOW BEFORE THE COURT** is the *Motion to Shorten Time to Object* to a *Motion to Incur,* filed by the Debtors, Fredrick L Harris, Sr. and Adrienne R. Harris, on June 24, 2022. This Court finds that the Motion should be, and hereby is, **GRANTED**.  Accordingly, this Court orders that the time to object to Debtors' Motion to Incur is hereby shortened to ten (10) days. **Any objection to the Debtors'** *Motion to Incur* **shall be filed with this Court on or before July** 05 **, 2022**.

**IT IS SO ORDERED**

_Phyllis M. Jones_
Phyllis M. Jones
United States Bankruptcy Judge
Dated:  06/24/2022