## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN AND WESTERN DISTRICTS OF ARKANSAS

RE:  Fredrick L Harris Sr
     and Adrienne R Harris

CASE NO:   4:16-bk-16358 J

Chapter 13

---

### SUMMARY NOTICE OF AMENDED CLAIM FILED

---

Pursuant to an examination of the proofs of claim filed in this case, Joyce Bradley Babin, Chapter 13 Standing Trustee, provides this Summary Notice of Claims Filed for amended claims filed subsequent to the date of the Summary Notice of Claims Filed.  This Notice is provided to the Debtors and the Debtors' attorney and is filed with the United States Bankruptcy Court.

In this Notice, the classification of the amended claim (e.g. priority, secured or unsecured) is listed.  Except of the classification of a claim as "priority,' a claim filed that is not listed in the Debtor's bankruptcy schedules is described as "unlisted."  For any claim filed as "priority," the claim is listed as "priority" regardless of the listing in the Debtor's schedules.

Pursuant to 11 U.S.C. §§ 501 and 502 and Federal Rules of Bankruptcy Procedure 3007, a claim or interest for which a proof of claim is filed is deemed allowed unless the Debtor or a party in interest objects to the claim and obtains an order modifying or disallowing the claim as filed.  If no order is entered which modifies or disallows a claim, the claim as noted below will be paid as filed, subject to the terms of the confirmed plan and the United States Bankruptcy Code.

This Notice is a summary only of the amended proof of claim filed with the United States Bankruptcy Court and is not intended as legal advice on any issue regarding the claim, including, without limitation:  (1) the accuracy of the claim; (2) the underlying objection; or (3) the treatment of the filed claim in the plan.  Filing of this Notice is not a waiver of the Trustee's rights to seek allowance, disallowance or determination of the status of any claim pursuant to the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure.

Date:  06/28/2022

/s/   Joyce Bradley Babin

Joyce Bradley Babin, Trustee

---

| Name and Address of Creditor | Original Claim Amount | Amended Claim Amount | % to Pay |
|---|---|---|---|
| Pennymac Loan Services, Llc<br>P O Box 660929<br>Dallas, TX  75266-0929 | $94,899.26 | $82,116.36 | 100.00 |
| | MTG - Ongoing Mortgage | Trustee's Claim No:  1 | |

Account:   9530
Comment:  720 Belaire, Benton, AR 72015-38

---

cc:  Joyce Bradley Babin, Trustee

Matthew D. Mentgen
P O Box 164439
Little Rock, AR  72216

Fredrick L Harris Sr and Adrienne R Harris
720 Belaire
Benton, AR  72015-3840