**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **FREDRICK L HARRIS SR** |
| Debtor 2 (Spouse, if filing) | **ADRIENNE R HARRIS** |
| Unites States Bankruptcy Court for the: | **Eastern District of Arkansas** (State) |
| Case Number: | **4:16-bk-16358 J** |

# Form 4100N
## Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

**Name of creditor:** PennyMac Loan Services, LLC

**Court claim no.** (if known): 16

**Last 4 digits** of any number you use to identify the debtor's account: 9 5 3 0

**Property Address:** 720 Belaire
Benton, AR 72015

### Part 2: Cure Amount

**Total cure disbursments made by the trustee:** — Amount

| | | | |
|---|---|---|---|
| a. | Allowed prepetition arrearage: | (a) | $ -0- |
| b. | Prepetition arrearage paid by the trustee: | (b) | $ -0- |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) | $ -0- |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) | $ -0- |
| e. | Allowed postpetition arrearage: | (e) | $ -0- |
| f. | Postpetition arrearage paid by the trustee: | + (f) | $ -0- |
| g. | **Total.** Add lines b, d, and f. | (g) | $ -0- |

### Part 3: Postpetition Mortgage Payment

*Check one*

☐ Mortgage is paid through the trustee.

    Current monthly mortgage payment      $ _____

    The next postpetition payment is due on ___ / ___ / _____
                                                    MM / DD / YYYY

☒ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **FREDRICK L HARRIS SR** | Case number *(if known)* | **4:16-bk-16358 J** |
|---|---|---|---|
| | Name | | |

**Part 4:  A Response Is Required By Bankruptcy Rule 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

x /s/ Joyce Bradley Babin        Date  08/01/2022
  Signature

| Trustee | Joyce Bradley Babin |
|---|---|
| Address | Chapter 13 Standing Trustee<br>P O Box 8064<br>Little Rock, AR  72203-8064 |
| Contact phone | (501) 537-2500 |
| Email | htreasitti@13ark.com |

| Debtor 1 | **FREDRICK L HARRIS SR** | Case number *(if known)* **4:16-bk-16358 J** |
|---|---|---|
| | Name | |

## CERTIFICATE OF SERVICE

I, Joyce Bradley Babin, do hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the debtor's attorney noted below through Notice of Electronic Filing (ECF) and to other parties listed below by U.S. Mail on August 01, 2022.

/s/ Joyce Bradley Babin
Joyce Bradley Babin
Standing Chapter 13 Trustee
Chapter 13 Standing Trustee
P O Box 8064
Little Rock, AR 72203-8064
(501) 537-2500

FREDRICK L HARRIS SR
ADRIENNE R HARRIS
720 Belaire
Benton, AR 72015-3840

Matthew D. Mentgen
P O Box 164439
Little Rock, AR 72216

PennyMac Loan Services, LLC
P O Box 660929
Dallas, TX 75266-0929

PennyMac Loan Services, LLC
P O Box 2410
Moorpark, CA 93020

Pennymac Loan Services
6101 Condor Dr
Moorpark, CA 93021-2602

Form 4100N    **Notice of Final Cure Payment**    page 3