**Fill in this information to identify the case:**

Debtor 1 — Frederick L Harris, Sr.

Debtor 2 (Spouse, if filing) — Adrienne R Harris

United States Bankruptcy Court for the: Eastern District of Arkansas

Case number  4:16-bk-16358

## Official Form 4100R
# Response to Notice of Final Cure Payment
10/15

**According to Bankruptcy Rule 3002.1 (g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of Creditor:** PennyMac Loan Services, LLC

**Last 4 digits** of any number you use to identify the debtor account: XXXXXX9530

**Court claim no.** (if known): 16

**Property address:** 720 Belaire,
Number   Street

Benton, AR 72015
City   State   Zip Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $_____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 09/01/2022
MM DD YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.
Creditor assets that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:           (a) $_____
b.  Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $_____
c.  **Total**. Add lines a and b.                      (c) $_____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: _____
MM DD YYYY

| | | | |
|---|---|---|---|
| Debtor 1 | Frederick L Harris, Sr. | Case Number *(if known)* | 4:16-bk-16358 |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;
☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
☐ all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this Notice must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different From the notice address listed on the proof of claim to which this response applies.

*/s/ Heather Martin-Herron*       Date  8/15/2022
Signature

Print:  Kate Lachowsky-Khan, Heather Martin-Herron, Joel W. Giddens. & Alexandra Bradley    Title  Attorneys

Company:  Wilson & Associates, PLLC

Address:  400 West Capitol Avenue
Suite 1400
Little Rock, AR 72201

Contact phone  (501) 219-9388    Email  klachowsky | hmartin-herron | jgiddens | abradley@thewilsonlawfirm.com

**CERTIFICATE OF SERVICE**

On    8/15/2022   , a copy of the foregoing Response to Notice of Final Cure was served electronically through the electronic case filing system (ECF) upon:

Matthew David Mentgen  
Attorney at Law  
PO Box 164439  
Little Rock, AR 72216

Joyce Bradley Babin  
Trustee  
P.O. Box 8064  
Little Rock, AR 72203-8064

and served via U.S. mail upon:

Frederick L Harris, Sr., and Adrienne R Harris  
Debtor(s)  
720 Belaire  
Benton, AR 72015

*/s/ Heather Martin-Herron*  
Heather Martin-Herron (2011136)  
Kathryn Lachowsky-Khan (2012039)  
Joel W. Giddens (2018203)  
Alexandra Bradley (TN034703)

W&A No. 318958