**Fill in this information to identify the case:**

Debtor 1　　Frederick L Harris, Sr.

Debtor 2　　Adrienne R Harris
(Spouse, if filing)

United States Bankruptcy Court for the:　Eastern District of Arkansas

Case number　4:16-bk-16358

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges　12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**　PennyMac Loan Services, LLC　**Court claim no.** (if known):　16

**Last 4 digits** of any number you use to identify the debtor's account:　XXXXXX9530

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☒ No
☐ Yes.　Date of the last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late Charges | | (1) | |
| 2. Non-sufficient funds (NSF) fees | | (2) | |
| 3. Attorney fees | 08/23/2019 | (3) | $850.00 |
| 4. Filing fees and court costs | 08/23/2019 | (4) | $181.00 |
| 5. Bankruptcy/Proof of claim fees | | (5) | |
| 6. Appraisal/Broker's price opinion fees | | (6) | |
| 7. Property inspection fees | | (7) | |
| 8. Tax advances (non-escrow) | | (8) | |
| 9. Insurance advances (non-escrow) | | (9) | |
| 10. Property preservation expenses. Specify: | | (10) | |
| 11. Other. Specify: | | (11) | |
| 12. Other. Specify: | | (12) | |
| 13. Other. Specify: | | (13) | |
| 14. Other. Specify: | | (14) | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1

| Debtor 1 | Frederick L Harris, Sr. | Case Number (if known) | 4:16-bk-16358 |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

Signature: /s/ Kathryn Lachowsky-Khan          Date: 10/28/2019

Print: Kathryn Lachowsky-Khan, Heather Martin-Herron, & Michael Tackett    Title: Attorneys

Company: Wilson & Associates, PLLC

Address: 400 West Capitol Avenue
Suite 1400
Little Rock, AR 72201

Contact phone: (501) 219-9388    Email: klachowsky | hmartin-herron | mtackett@thewilsonlawfirm.com

### CERTIFICATE OF SERVICE

On October 28, 2019, a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was served electronically through the electronic case filing system (ECF) upon:

Matthew David Mentgen
Attorney at Law
PO Box 164439
Little Rock, AR 72216

Joyce Bradley Babin
Trustee
P.O. Box 8064
Little Rock, AR 72203-8064

and served via U.S. mail upon:

Frederick L Harris, Sr. and Adrienne R Harris
Debtors
720 Belaire
Benton, AR 72015

/s/ Kathryn Lachowsky-Khan
Heather Martin-Herron (2011136)
Kathryn Lachowsky-Khan (2012039)
Michael Tackett (2018110)

W&A No. 318958